# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 23-5232** | **September Term, 2023** |
| | **1:19-cv-03632-TJK** |
| | **Filed On: October 17, 2023** [2022260] |

Doc Society and International Documentary Association,

        Appellants

    v.

Antony J. Blinken, Secretary, United States of Department of State and Alejandro N. Mayorkas, in his official capacity as Acting Secretary of Homeland Security,

        Appellees

## O R D E R

The notice of appeal was filed on October 10, 2023, and docketed in this court on October 17, 2023. It is, on the court's own motion,

    **ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 16, 2023 |
| Docketing Statement Form | November 16, 2023 |
| Entry of Appearance Form | November 16, 2023 |
| Procedural Motions, if any | November 16, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | November 16, 2023 |
| Statement of Issues to be Raised | November 16, 2023 |
| Transcript Status Report | November 16, 2023 |
| Underlying Decision from Which Appeal Arises | November 16, 2023 |
| Dispositive Motions, if any | December 1, 2023 |

# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5232**                                                   **September Term, 2023**

It is

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 16, 2023 |
| Entry of Appearance Form | November 16, 2023 |
| Procedural Motions, if any | November 16, 2023 |
| Dispositive Motions, if any | December 1, 2023 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                              BY:      /s/
                                            Scott H. Atchue
                                            Deputy Clerk

The following forms and notices are available on the Court's website:

        Civil Docketing Statement Form
        Entry of Appearance Form
        Transcript Status Report Form
        Request to Enter Appellate Mediation Program
        Notice Concerning Expedition of Appeals and Petitions for Review
        Stipulation to be Placed in Stand-By Pool of Cases