# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Doc Society et al.

**v.**

Antony J. Blinken et al.

**Case No:** 23-5232

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ◉ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

(1) Antony J. Blinken, Secretary of State

(2) Alejandro N. Mayorkas, Secretary of                    Homeland Security

### Counsel Information

Lead Counsel: Nicholas S. Crown

Direct Phone: ( 202 )  616-5365  Fax: (____)  _____-  Email: nicholas.s.crown@usdoj.gov

2nd Counsel: Daniel Tenny

Direct Phone: ( 202 )  514-1838  Fax: (____)  _____-  Email: daniel.tenny@usdoj.gov

3rd Counsel:

Direct Phone: (____)  _____  Fax: (____)  _____-  Email:

Firm Name:  United States Department of Justice

Firm Address: 950 Pennsylvania Avenue NW, Washington DC 20530

Firm Phone: ( 202 )  514-2000  Fax: (____)  _____-  Email: civil.appellate@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.