## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,

          Plaintiffs-Appellants,

   v.

ANTONY J. BLINKEN, SECRETARY, UNITED STATES OF DEPARTMENT OF STATE and ALEJANDRO N. MAYORKAS, IN HIS OFFICIAL CAPACITY AS ACTING SECRETARY OF HOMELAND SECURITY,

          Defendants-Appellees.

No. 23-5232

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

### A.    Parties and Amici

Plaintiffs-appellants are Doc Society and International Documentary Association. Defendants-appellees are Antony J. Blinken, in his official capacity as Secretary of State, and Alejandro N. Mayorkas, in his official capacity as Secretary of Homeland Security.

In the district court, the following appeared as amici curiae: American Friends Service Committee; the Electronic Frontier Foundation; the

Internet Association; Muslim Advocates; the Reconstructionist Rabbinical Association; Reddit, Inc.; T'ruah: the Rabbinic Call for Human Rights; and Twitter, Inc.

We are unaware of any amici on appeal.

## B.    Ruling Under Review

The ruling under review is the district court (Kelly, J.) order (Dkt. 66) and memorandum opinion (Dkt. 67), entered August 11, 2023, dismissing this case. The opinion is not reported but is available at 2023 WL 5174304.

## C.    Related Cases

This case has not previously been before this Court or any court other than the district court. We are not aware of any related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

DANIEL TENNY

/s/ *Nicholas S. Crown*
NICHOLAS S. CROWN
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7325*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 616-5365*