# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. **23-5232**  2. DATE DOCKETED: **10/17/2023**
3. CASE NAME (lead parties only) **Doc Society** v. **Blinken**
4. TYPE OF CASE:  ☒ District Ct -  ◉ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court  ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ○ Yes  ◉ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.     Bankruptcy Court Docket No.     Tax Court Docket No.
      Civil Action **1:19-cv-03632**   Bankruptcy ___   Tax ___
      Criminal ___                     Adversary ___
      Miscellaneous ___                Ancillary ___
   b. Review is sought of:
      ☒ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge **Timothy J. Kelly**       Magistrate Judge ___
   d. Date of order(s) appealed (use date docketed): **08/11/2023**   e. Date notice of appeal filed: **10/10/2023**
   f. Has any other notice of appeal been filed in this case?  ○ Yes  ◉ No   If YES, date filed: ___
   g. Are any motions currently pending in trial court?  ○ Yes  ◉ No   If YES, date filed: ___
      If YES, identify motion ___
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ○ Yes  ◉ No
      If NO, why not? **No transcripts are necessary for this appeal as the case was decided without oral argument.**
   i. Has this case been before the Court under another appeal number?  ○ Yes  Appeal # ___  ◉ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ◉ No  If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute?  ◉ Yes  ○ No
      If YES, give popular name and citation of statute **APA, 5 U.S.C. § 701(a)(2); INA, 8 U.S.C. §§ 1202(a), (c)**
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ◉ No   If so, provide program name and participation dates

Signature **/s/ Caroline DeCell**   Date **11/16/2023**
Name of Party **Doc Society, International Documentary Association**
Name of Counsel for Appellant/Petitioner **Caroline DeCell**
Address **475 Riverside Drive, Suite 302, New York, NY 10115**
Phone ( **646** ) **745-8500**    Fax ( ___ ) ___

ATTACH A CERTIFICATE OF SERVICE

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.  Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

**Save**   **Reset Form**   **Print Form**

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>        Appellants,<br><br>   v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,<br><br>        Appellees. | Case No. 23-5232 |

### **CERTIFICATE OF SERVICE**

I, Caroline DeCell, certify that on November 16, 2023, I electronically filed a true and correct copy of the of the foregoing Civil Docketing Statement using the CM/ECF system, effecting service on all parties per D.C. Circuit Rule 25(f).

Dated: November 16, 2023            Respectfully submitted,

                                               /s/ *Caroline DeCell*
                                               Caroline DeCell