UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION, <br><br> Appellants, <br><br> v. <br><br> ANTONY J. BLINKEN, in his official capacity as Secretary of State, and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security, <br><br> Appellees. | Case No. 23-5232 |

## APPELLANTS' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), Appellants submit this Certificate as to Parties, Rulings, and Related Cases.

**(A)  Parties and Amici.** Appellants, who were plaintiffs in the district court, are Doc Society and International Documentary Association. Appellees, who were defendants in the district court, are Antony Blinken, in his official capacity as Secretary of State, and Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security.

Twitter, Inc., Reddit, Inc., Internet Association, Muslim Advocates, American Friends Service Committee (AFSC), T'ruah: the Rabbinic Call for Human Rights,

1

the Reconstructionist Rabbinical Association (RRA), and the Electronic Frontier Foundation (EFF) appeared as *amici* before the district court. No *amici* have yet appeared before this court.

**(B)    Rulings under Review.** On August 11, 2023, United States District Judge Timothy J. Kelly issued a memorandum opinion and order granting in part and denying in part Defendants–Appellees' motion to dismiss. *Doc Society v. Blinken*, No. 19-cv-03632 (D.D.C. Aug. 11, 2023), ECF Nos. 66, 67. The August 11, 2023 opinion is not published in the federal reporter but is available at 2023 WL 5174304 and is attached to Appellants' Notice of Appeal, which was entered on this Court's docket on October 17, 2023.

**(C)    Related Cases.** The appealed ruling has not previously been before this Court or any other court. There are no related cases pending before this Court or any other court of which counsel are aware.

Dated: November 16, 2023                    Respectfully submitted,

/s/ *Faiza Patel*                                           /s/ *Caroline DeCell*
Faiza Patel                                                  Caroline DeCell
Emile Ayoub                                                Jameel Jaffer
Brennan Center for Justice                           Katherine Fallow
  at NYU School of Law                              Anna Diakun
120 Broadway, Suite 1750                          Knight First Amendment Institute
  New York, NY 10271                                  at Columbia University
patelf@brennan.law.nyu.edu                     475 Riverside Drive, Suite 302
(646) 292-8310                                             New York, NY 10115
                                                                    carrie.decell@knightcolumbia.org
                                                                    (646) 745-8500

2

| | |
|---|---|
| /s/ *Rachel Levinson-Waldman* | /s/ *Joshua Polster* |
| Rachel Levinson-Waldman | Joshua Polster |
| Brennan Center for Justice | Evan Gilbert |
|   at NYU School of Law | Simpson Thacher & Bartlett LLP |
| 1140 Connecticut Avenue, NW | 425 Lexington Avenue |
| 11th Floor, Suite 1150 | New York, NY 10017 |
|   Washington, D.C. 20036 | joshua.polster@stblaw.com |
| levinsonr@brennan.law.nyu.edu | (212) 455-2000 |
| (202) 249-7190 | |
| | *Counsel for Appellants* |