UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>        Appellants,<br><br>    v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,<br><br>        Appellees. | Case No. 23-5232 |

## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, undersigned counsel make the following certifications:

**Doc Society**

Doc Society has no parent corporation and no publicly held corporations owns 10 percent or more of their organization's stock. Doc Society is a non-profit organization committed to supporting documentary filmmakers and connecting them with global audiences. Doc Society is based in New York, New York, and London, England.

1

**International Documentary Association**

International Documentary Association (IDA) has no parent corporation and no publicly held corporations owns 10 percent or more of their organization's stock. IDA is a non-profit, membership-based association of documentary filmmakers from around the world. IDA is based in Los Angeles, California.

Dated: November 16, 2023

Respectfully submitted,

/s/ *Faiza Patel*
Faiza Patel
Emile Ayoub
Brennan Center for Justice
   at NYU School of Law
120 Broadway, Suite 1750
   New York, NY 10271
patelf@brennan.law.nyu.edu
(646) 292-8310

/s/ *Caroline DeCell*
Caroline DeCell
Jameel Jaffer
Katherine Fallow
Anna Diakun
Knight First Amendment Institute
   at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
carrie.decell@knightcolumbia.org
(646) 745-8500

/s/ *Rachel Levinson-Waldman*
Rachel Levinson-Waldman
Brennan Center for Justice
   at NYU School of Law
1140 Connecticut Avenue, NW
11th Floor, Suite 1150
   Washington, D.C. 20036
levinsonr@brennan.law.nyu.edu
(202) 249-7190

/s/ *Joshua Polster*
Joshua Polster
Evan Gilbert
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
joshua.polster@stblaw.com
(212) 455-2000

*Counsel for Appellants*