# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>   Appellants,<br><br> v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,<br><br>   Appellees. | Case No. 23-5232 |

## **APPELLANTS' STATEMENT OF ISSUES**

Pursuant to this Court's order dated October 17, 2023, Appellants present the following issues on appeal:

1. Whether regulations prescribing what information visa applicants must disclose on visa applications are subject to review under the Administrative Procedure Act.

2. Whether the district court erred in applying rational basis review to regulations requiring visa applicants to disclose certain information on their visa applications, which infringe on the First Amendment rights of individuals inside the United States.

1

Dated: November 16, 2023

/s/ *Faiza Patel*

Faiza Patel
Emile Ayoub
Brennan Center for Justice
   at NYU School of Law
120 Broadway, Suite 1750
   New York, NY 10271
patelf@brennan.law.nyu.edu
(646) 292-8310

/s/ *Rachel Levinson-Waldman*

Rachel Levinson-Waldman
Brennan Center for Justice
   at NYU School of Law
1140 Connecticut Avenue, NW
11th Floor, Suite 1150
   Washington, D.C. 20036
levinsonr@brennan.law.nyu.edu
(202) 249-7190

Respectfully submitted,

/s/ *Caroline DeCell*

Caroline DeCell
Jameel Jaffer
Katherine Fallow
Anna Diakun
Knight First Amendment Institute
    at Columbia University
475 Riverside Drive, Suite 302–304
New York, NY 10115
carrie.decell@knightcolumbia.org
(646) 745-8500

/s/ *Joshua Polster*

Joshua Polster
Evan Gilbert
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
joshua.polster@stblaw.com
(212) 455-2000

*Counsel for Appellants*