UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>        Appellants,<br><br>    v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,<br><br>        Appellees. | Case No. 23-5232 |

## APPELLANTS' STATEMENT AS TO DEFERRED APPENDIX

Appellants will not be utilizing a deferred joint appendix pursuant to Federal Rule of Appellate Procedure 30(c).

Dated: November 16, 2023

Respectfully submitted,

/s/ *Faiza Patel*
Faiza Patel
Emile Ayoub
Brennan Center for Justice
  at NYU School of Law
120 Broadway, Suite 1750
  New York, NY 10271
patelf@brennan.law.nyu.edu
(646) 292-8310

/s/ *Caroline DeCell*
Caroline DeCell
Jameel Jaffer
Katherine Fallow
Anna Diakun
Knight First Amendment Institute
   at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
carrie.decell@knightcolumbia.org
(646) 745-8500

| | |
|---|---|
| /s/ *Rachel Levinson-Waldman* | /s/ *Joshua Polster* |
| Rachel Levinson-Waldman | Joshua Polster |
| Brennan Center for Justice | Evan Gilbert |
|    at NYU School of Law | Simpson Thacher & Bartlett LLP |
| 1140 Connecticut Avenue, NW | 425 Lexington Avenue |
| 11th Floor, Suite 1150 | New York, NY 10017 |
|    Washington, D.C. 20036 | joshua.polster@stblaw.com |
| levinsonr@brennan.law.nyu.edu | (212) 455-2000 |
| (202) 249-7190 | |
| | *Counsel for Appellants* |

2