# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Doc Society

v.

Blinken

**Case No:** 23-5232

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☉ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ☉ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Doc Society

International Documentary Association

### Counsel Information

**Lead Counsel:** Caroline DeCell
**Direct Phone:** (646) 745-8500  Fax: (   )  -    **Email:** carrie.decell@knightcolumbia.org

**2nd Counsel:** Anna Diakun
**Direct Phone:** (646) 745-8500  Fax: (   )  -    **Email:** anna.diakun@knightcolumbia.org

**3rd Counsel:** Katherine A. Fallow
**Direct Phone:** (646) 745-8500  Fax: (   )  -    **Email:** katie.fallow@knightcolumbia.org

**Firm Name:** Knight First Amendment Institute at Columbia University
**Firm Address:** 475 Riverside Drive, Suite 302, New York, NY 10115
**Firm Phone:** (646) 745-8500  Fax: (   )  -    **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

Save    Reset Form    Print Form

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Doc Society

v.

Blinken

**Case No:** 23-5232

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☉ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☐ Gov't counsel

for the ☉ Appellant(s)/Petitioner(s) ☐ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Doc Society

International Documentary Association

### Counsel Information

Lead Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

2nd Counsel: Jameel Jaffer

Direct Phone: (646) 745-8500  Fax: (___) ___-____  Email: jameel.jaffer@knightcolumbia.org

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: Knight First Amendment Institute at Columbia University

Firm Address: 475 Riverside Drive, Suite 302, New York, NY 10115

Firm Phone: (646) 745-8500  Fax: (___) ___-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

[ Save ]   [ Reset Form ]   [ Print Form ]