NOT YET SCHEDULED FOR ORAL ARGUMENT

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>      Plaintiffs–Appellants,<br><br>v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,<br><br>      Defendants–Appellees. | Case No. 23-5232 |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Appellate Procedure 26(b) and D.C. Circuit Rule 28(e), Plaintiffs–Appellants ("Appellants") respectfully move for an extension of the deadline to file Appellants' Brief and the Appendix to January 31, 2024. Defendants–Appellees ("Appellees") consent to this request. This is Appellants' first motion for an extension.

There is good cause for this motion. On December 7, 2023, the Clerk issued an order setting the briefing schedule in this matter as follows: Appellants' Brief and the Appendix due January 16, 2024; Appellees' Brief due February 15, 2024; and

1

Appellants' Reply Brief due March 7, 2024. Appellants request a short extension in view of the undersigned counsels' pre-existing litigation commitments and holiday travel plans. A two-week extension will provide the necessary time for Appellants and undersigned counsel to prepare and file Appellants' Brief and the Appendix in this matter.

Appellants therefore respectfully request, with Appellees' consent, that the Court extend the deadline for Appellants' Brief and the Appendix to January 31, 2024.

Dated: December 12, 2023

 /s/ *Faiza Patel*
Faiza Patel
Emile Ayoub
Brennan Center for Justice
   at NYU School of Law
120 Broadway, Suite 1750
   New York, NY 10271
patelf@brennan.law.nyu.edu
(646) 292-8310

 /s/ *Rachel Levinson-Waldman*
Rachel Levinson-Waldman
Brennan Center for Justice
   at NYU School of Law
1140 Connecticut Avenue, NW
11th Floor, Suite 1150
   Washington, D.C. 20036
levinsonr@brennan.law.nyu.edu
(202) 249-7190

Respectfully submitted,

 /s/ *Caroline DeCell*
Caroline DeCell
Jameel Jaffer
Katherine Fallow
Anna Diakun
Knight First Amendment Institute
   at Columbia University
475 Riverside Drive, Suite 302–304
New York, NY 10115
carrie.decell@knightcolumbia.org
(646) 745-8500

 /s/ *Joshua Polster*
Joshua Polster
Evan Gilbert
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
joshua.polster@stblaw.com
(212) 455-2000

*Counsel for Appellants*

## Certificate of Compliance

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 164 words, as calculated by the word-counting function.

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

 /s/ *Caroline DeCell*
Caroline DeCell

## Certificate of Service

I, Caroline DeCell, certify that on December 12, 2023, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/ *Joshua Polster*
Joshua Polster