# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-5232** | **September Term, 2023** |
| | 1:19-cv-03632-TJK |
| | Filed On: December 21, 2023 [2032931] |

Doc Society and International Documentary Association,

       Appellants

       v.

Antony J. Blinken, Secretary, United States of Department of State and Alejandro N. Mayorkas, in his official capacity as Acting Secretary of Homeland Security,

       Appellees

## O R D E R

Upon consideration of appellants' consent motion for extension of time, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | January 31, 2024 |
| Appendix | January 31, 2024 |
| Appellees' Brief | March 1, 2024 |
| Appellants' Reply Brief | March 22, 2024 |

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                    BY:    /s/
                               Michael C. McGrail
                               Deputy Clerk