ORAL ARGUMENT NOT YET SCHEDULED

Case No. 23-5232

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

Doc Society and International Documentary Association,

*Plaintiffs-Appellants,*

v.

ANTONY J. BLINKEN, in his official capacity as Secretary of State, and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,

*Defendants-Appellees.*

Appeal from the United States District Court for the District of Columbia, No. 1:19-cv-03632-TJK
Hon. Timothy J. Kelly

**NOTICE OF INTENT OF ELECTRONIC FRONTIER FOUNDATION TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF APPELLANTS AND REVERSAL**

Sophia Cope
Saira Hussain
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109-7701
Tel: (415) 436-9333
Fax: (415) 436-9993
sophia@eff.org

*Attorneys for Amicus Curiae*
*Electronic Frontier Foundation*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to D.C. Circuit Rule 26.1 and Federal Rule of Appellate Procedure 26.1, *amicus* submits the following corporate disclosure statement:

*Amicus* Electronic Frontier Foundation ("EFF") is a donor-funded, nonprofit civil liberties organization. EFF has no parent corporation and does not issue stock.

February 1, 2024                     /s/ Sophia Cope
                                      Sophia Cope

                                      *Attorneys for Amicus Curiae*
                                      *Electronic Frontier Foundation*

## NOTICE OF INTENT TO FILE *AMICUS* BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(a) and D.C. Circuit Rule 29(b), the Electronic Frontier Foundation ("EFF") represents that it intends to participate in this case as *amicus curiae*. Appellants and Appellees have consented to the filing by EFF of an *amicus* brief.

EFF is a non-profit civil liberties organization with more than 31,000 dues-paying members that has worked for over 30 years to ensure that technology supports freedom, justice, and innovation for all people of the world. As an organization focused on the intersection of civil liberties and technology, EFF is particularly concerned with protecting the constitutional rights to free speech and digital privacy at a time when technological advances have resulted in the ability of the government to pry into the private lives and expressive activities of people both within and outside of the United States.

*Amicus* respectfully submits that this notice is timely filed under D.C. Circuit Rule 29(b). EFF intends to file its brief no later than February 7, 2024 in accordance with D.C. Circuit Rule 29(c).

In addition, pursuant to D.C. Circuit Rule 29(d), *amicus* has worked to eliminate or minimize any overlap with the issues addressed by other *amicus*.

February 1, 2024                    Respectfully submitted,

                                     */s/ Sophia Cope*
                                    Sophia Cope

Saira Hussain
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109-7701
Tel: (415) 436-9333
Fax: (415) 436-9993
sophia@eff.org

*Attorneys for Amicus Curiae*
*Electronic Frontier Foundation*

3

# CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2024 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                       /s/ *Sophia Cope*
                                       Sophia Cope