# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Doc Society, et al.

v.

Antony J. Blinken, et al.

**Case No:** 23-5232

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained  ◯ Pro Bono  ◯ Appointed (CJA/FPD)  ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s)  ◯ Appellee(s)/Respondent(s)  ◯ Intervenor(s)  ⦿ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Electronic Frontier Foundation

### Counsel Information

**Lead Counsel:** Sophia Cope

**Direct Phone:** (415) 436-9333  **Fax:** (415) 436-9993  **Email:** sophia@eff.org

**2nd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** Electronic Frontier Foundation

**Firm Address:** 815 Eddy Street

**Firm Phone:** (415) 436-9333  **Fax:** (415) 436-9993  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

[Save]  [Reset Form]  [Print Form]