# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DOC SOCIETY and INTERNATIONAL DOCUMENTARY ASSOCIATION,<br><br>        Plaintiffs-Appellants,<br><br>  v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,[1]<br><br>        Defendants-Appellees. | No. 23-5232 |

## APPELLEES' CONSENT MOTION FOR
## 21-DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF

The government respectfully moves for a 21-day extension of time, to and including March 22, 2024, within which to file its response brief in this case. Appellants consent to the requested extension, and have requested a one-week extension of time to file the reply brief, to April 19, 2024. The government has no objection to a reciprocal extension. In support of this motion, appellees state the following:

    1.    The Court granted appellants a 14-day extension for the opening brief, which was filed on January 31, 2024. The government's response brief

---

[1] The caption currently identifies Secretary Mayorkas as "Acting Secretary of Homeland Security"; Secretary Mayorkas's present title, however, is Secretary of the Department of Homeland Security. *See* Fed. R. App. P. 43(c).

is due March 1, 2024. The government has not requested any prior extensions, and no oral argument date has been set.

2. This case concerns appellants' challenge to a government policy regarding the disclosure of social media information in visa applications.

3. The requested extension is necessary to allow the government adequate time to prepare its response and to coordinate with agency counsel, in light of other litigation responsibilities. Daniel Tenny is the attorney with supervisory responsibility over this case. Mr. Tenny has supervisory responsibility for several other matters, including *United States v. California Stem Cell Treatment Ctr. Inc.*, No. 22-56014 (9th Cir.) (oral argument held on February 7, 2024); *In re: Civil Beat Law Center for the Public Interest, Inc.*, No. 23-70023 (9th Cir.) (oral argument scheduled for February 15, 2024); *Vanda Pharms Inc. v. FDA*, No. 23-5200 (D.C. Cir.) (response brief due February 16, 2024); *League of Women Voters v. Frid*, No. 23-5058 (D.C. Cir.) (oral argument scheduled for February 20, 2024); *Hart v. Facebook, Inc.*, No. 23-15858 (9th Cir.) (oral argument scheduled for February 21, 2024); *Thaler v. Perlmutter*, No. 23-5232 (D.C. Cir.) (response brief due March 6, 2024); and *Decker v. Garland*, No. 23-1725 (7th Cir.) (response brief due March 13, 2024).

2

Nicholas Crown is the attorney with primary responsibility for preparing the government's brief in this case. Mr. Crown is occupied with several other litigation matters, including *EGAE, LLC v. Fudge*, No. 23-3489 (9th Cir.) (mediation held on February 8, 2024); *Larkins v. United States*, No. 7:23-cv-096-BO (E.D.N.C.) (deposition scheduled for February 27, 2024); *Thaler v. Perlmutter*, No. 23-5232 (D.C. Cir.) (response brief due March 6, 2024); *Moyle v. United States*, Nos. 23-726 & 23-727 (S. Ct.) (consolidated merits brief due March 21, 2024); and *United States v. Idaho*, No. 23-35153 (9th Cir.) (argument scheduled for April 4, 2024), and with several additional appellate, counseling, and discovery-related matters with pressing internal deadlines.

4. Given these litigation matters, the government respectfully requests a 21-day extension of time, to and including March 22, 2024, to prepare the response brief.

5. Appellants' counsel has indicated that appellants consent to this extension of time, and have likewise asked for the government's position regarding a one-week extension of their reply brief, to April 19, 2024. The government has no objection to the requested extension.

## CONCLUSION

For the foregoing reasons, we respectfully ask that the Court extend the filing date for the government's response brief by 21 days, to and including March 22, 2024.

Respectfully submitted,

DANIEL TENNY

 */s/ Nicholas S. Crown*
NICHOLAS S. CROWN
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7325*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   *(202) 616-5365*

FEBRUARY 2024

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Georgia 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 503 words, according to the word count of Microsoft Word.

                                        */s/ Nicholas S. Crown*
                                        Nicholas S. Crown

## CERTIFICATE OF SERVICE

I certify that on February 9, 2024, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

>						*/s/ Nicholas S. Crown*
>						Nicholas S. Crown