# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5232**                                **September Term, 2023**

1:19-cv-03632-TJK

Filed On: February 12, 2024 [2040008]

Doc Society and International Documentary Association,

        Appellants

     v.

Antony J. Blinken, Secretary, United States of Department of State and Alejandro N. Mayorkas, in his official capacity as Acting Secretary of Homeland Security,

        Appellees

## **O R D E R**

Upon consideration of appellees' consent motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | March 22, 2024 |
| Appellants' Reply Brief | April 19, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk