

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7325
Washington, DC 20530

DT:NSC

Nicholas S. Crown
nicholas.s.crown@usdoj.gov

Tel: (202) 616-5365

May 2, 2024

Mr. Mark Langer
Clerk of the Court
U.S. Court of Appeals for the
   District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue N.W.
Washington, DC 20001

      Re:   *Doc Society v. Blinken*, No. 23-5232 (D.C. Cir.); Oral argument not yet scheduled

Dear Mr. Langer:

      As plaintiffs correctly noted in their reply brief (at 8), the government's response brief (at 24–25) in this case cited a non-controlling portion of this Court's opinion in *Haitian Refugee Center v. Gracey*, 809 F.2d 794 (D.C. Cir. 1987), for the proposition that a plaintiff alleging organizational standing based on government interference with third-party relationships must show that the government acted "purposefully." *See id.* at 801; *see also id.* at 796 n.1 (noting which portions of the opinion constitute the opinion of the Court). We apologize for that inadvertent error. By contrast, the opinion's discussion of prudential standing carried a majority, *see id.* at 796 n.1, 807–16, and the government's reliance (Br. 38–39) on that portion of the opinion is unaffected.

      Respectfully submitted,

      Daniel Tenny

      /s/ Nicholas S. Crown
      Nicholas S. Crown

cc:    Appellants (via CM/ECF)