ORAL ARGUMENT SCHEDULED SEPTEMBER 13, 2024

No. 23-5232

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

Doc Society and International Documentary Association,

*Plaintiffs–Appellants*,

v.

Antony J. Blinken, in his official capacity as Secretary of State, and Alejandro N. Mayorkas, in his official capacity as Secretary of Homeland Security,

*Defendants–Appellees*.

On appeal from the United States District Court for the District of Columbia — No. 1:19-cv-03632 (Kelly, T.)

## UNOPPOSED MOTION TO CONTINUE ORAL ARGUMENT

Caroline DeCell
Jameel Jaffer
Katherine Fallow
Anna Diakun
Hannah Vester
Knight First Amendment
  Institute at Columbia
  University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
carrie.decell@knightcolumbia.org

Joshua Polster
Evan Gilbert
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
joshua.polster@stblaw.com

*Counsel for Plaintiffs–Appellants*
*(Additional counsel on next page)*

Faiza Patel
Emile Ayoub
Brennan Center for Justice
  at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
patelf@brennan.law.nyu.edu

Rachel Levinson-Waldman
  Brennan Center for Justice
  at NYU School of Law
1140 Connecticut Avenue, NW
11th Floor, Suite 1150
Washington, D.C. 20036
(202) 249-7190
levinsonr@brennan.law.nyu.edu

*Counsel for Plaintiffs–Appellants*

Plaintiffs–Appellants Doc Society and International Documentary Association respectfully move, pursuant to D.C. Circuit Rules 27 and 34(g), for a continuance of the date set for oral argument in the above-captioned case. Caroline DeCell, who has served as lead counsel for Plaintiffs since the filing of this case and is uniquely familiar with its facts and procedural history, had planned to present oral argument on Plaintiffs' behalf. She is expecting a baby in August 2024, however, and anticipates taking parental leave through November 2024. As a result, she will be unable to present oral argument on September 13, 2024, as set by the Order issued on June 17, 2024. While co-counsel are prepared to represent Plaintiffs on the scheduled date if necessary, Plaintiffs prefer to postpone the argument so Ms. DeCell can participate. Counsel for Plaintiffs therefore respectfully request that the Court continue the date for oral argument to a date in December 2024. Counsel for Plaintiffs have conferred with counsel for the Government, and the Government does not oppose this motion.

Dated: July 1, 2024                           Respectfully submitted,

/s/ *Faiza Patel*                             /s/ *Caroline DeCell*
Faiza Patel                                   Caroline DeCell
Emile Ayoub                                   Jameel Jaffer
Brennan Center for Justice                    Katherine Fallow
  at NYU School of Law                Anna Diakun
120 Broadway, Suite 1750                      Hannah Vester
  New York, NY 10271                  Knight First Amendment Institute
patelf@brennan.law.nyu.edu                      at Columbia University
(646) 292-8310                                475 Riverside Drive, Suite 302
                                              New York, NY 10115
                                              carrie.decell@knightcolumbia.org

/s/ *Rachel Levinson-Waldman*
Rachel Levinson-Waldman
Brennan Center for Justice
  at NYU School of Law
1140 Connecticut Avenue, NW
11th Floor, Suite 1150
  Washington, D.C. 20036
levinsonr@brennan.law.nyu.edu
(202) 249-7190

(646) 745-8500

/s/ *Joshua Polster*
Joshua Polster
Evan Gilbert
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
joshua.polster@stblaw.com
(212) 455-2000

*Counsel for Plaintiffs–Appellants*

## Certificate of Compliance

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 172 words, as calculated by the word-counting function.

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

                                                          /s/ Caroline DeCell
                                                          Caroline DeCell

## Certificate of Service

I, Caroline DeCell, certify that on July 1, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

    /s/ Caroline DeCell
Caroline DeCell