# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 23-5232**                                                         **September Term, 2023**

1:19-cv-03632-TJK

**Filed On: July 15, 2024** [2064619]

Doc Society and International Documentary Association,

         Appellants

     v.

Antony J. Blinken, Secretary, United States of Department of State and Alejandro N. Mayorkas, in his official capacity as Acting Secretary of Homeland Security,

         Appellees

## O R D E R

Upon consideration of appellants' unopposed motion to continue oral argument, it is

**ORDERED** that the motion be granted and this case is removed from the September 13, 2024 oral argument calendar. The Clerk is directed to reschedule this case for oral argument as soon as the business of the court permits.

### Per Curiam

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

             BY:     /s/
                         Michael C. McGrail
                         Deputy Clerk