# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Doc Society et al.,

v.

Antony Blinken, et al.

**Case No:** 23-5232

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained  ☐ Pro Bono  ☐ Appointed (CJA/FPD)  ⦿ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s)  ⦿ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

(1) Antony J. Blinken, Secretary of State;

(2) Alejandro N. Mayorkas, Secretary of Homeland Security

### Counsel Information

**Lead Counsel:** Simon C. Brewer

**Direct Phone:** (202) 616-5367  **Fax:** (202) 307-2551  **Email:** Simon.C.Brewer@usdoj.gov

**2nd Counsel:**

**Direct Phone:** (   )           **Fax:** (   )           **Email:**

**3rd Counsel:**

**Direct Phone:** (   )           **Fax:** (   )           **Email:**

**Firm Name:** U.S. Department of Justice

**Firm Address:** 950 Pennsylvania Avenue NW, Washington, D.C. 20530

**Firm Phone:** (   )           **Fax:** (   )           **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)