# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-5232**                                   **September Term, 2024**

**1:19-cv-03632-TJK**

**Filed On: December 3, 2024** [2087747]

Doc Society and International Documentary
Association,

        Appellants

    v.

Antony J. Blinken, Secretary, United States
of Department of State and Alejandro N.
Mayorkas, in his official capacity as Acting
Secretary of Homeland Security,

        Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for December 13, 2024, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellees | - | 15 Minutes |

One counsel per side to argue.  The panel considering this case will consist of Circuit Judges Walker, Childs, and Pan.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by December 5, 2024.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)