# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-5232** | **September Term, 2024** |
| | **1:19-cv-03632-TJK** |
| | **Filed On: December 13, 2024** [2089440] |

Doc Society and International Documentary Association,

        Appellants

    v.

Antony J. Blinken, Secretary, United States of Department of State and Alejandro N. Mayorkas, in his official capacity as Acting Secretary of Homeland Security,

        Appellees

  **BEFORE:**    Circuit Judges Walker, Childs, and Pan

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, December 13, 2024 at 9:38 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

  Caroline DeCell, counsel for Appellants.

  Simon C. Brewer (DOJ), counsel for Appellees.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
        Anne A. Rothenberger
        Deputy Clerk