

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7529
Washington, DC 20530

---

Simon C. Brewer  
simon.c.brewer@usdoj.gov

Tel: (202) 616-5367

June 11, 2025

Mr. Clifton Cislak
Clerk of the Court
U.S. Court of Appeals for the
   District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue N.W.
Washington, DC 20001

    Re:   *Doc Society v. Rubio*, No. 23-5232

Dear Mr. Cislak:

    I write to inform the Court that I am withdrawing my appearance as counsel in the above-captioned case because I am leaving the Department of Justice as of June 13. The government will continue to be represented by Daniel Tenny.

                       Respectfully submitted,

                       */s/ Simon C. Brewer*
                       Simon C. Brewer

cc:    Counsel of record (via CM/ECF)