# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 23-5232**　　　　　　　　　　　　　　**September Term, 2024**
FILED ON: JUNE 27, 2025

DOC SOCIETY AND INTERNATIONAL DOCUMENTARY ASSOCIATION,
　　APPELLANTS

v.

MARCO RUBIO, IN HIS OFFICIAL CAPACITY AS SECRETARY, UNITED STATES OF DEPARTMENT OF STATE AND KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY,
　　APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:19-cv-03632)

Before: WALKER, CHILDS and PAN, *Circuit Judges*

### **J U D G M E N T**

　　This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

　　**ORDERED** and **ADJUDGED** that the District Court's determination that it had jurisdiction to hear Plaintiffs' claims as to the merits be reversed; the remainder of the District Court's order be vacated; and the case be remanded for further proceedings, including whether Plaintiffs should be granted leave to amend their complaint, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　BY:　　/s/

　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　Deputy Clerk

Date: June 27, 2025

Opinion for the court filed by Circuit Judge Childs.