# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-5232** | **September Term, 2024** |
| | 1:19-cv-03632-TJK |
| | Filed On: June 27, 2025 [2122578] |

Doc Society and International Documentary Association,

       Appellants

       v.

Marco Rubio, Secretary, United States of Department of State and Kristi Noem, in his official capacity as Acting Secretary of Homeland Security,

       Appellees

### O R D E R

    It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                 BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk