# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5232**                                              **September Term, 2024**

                                                                           1:19-cv-03632-TJK

                                                    **Filed On: August 20, 2025** [2131052]

Doc Society and International Documentary Association,

        Appellants

        v.

Marco Rubio, Secretary, United States of Department of State and Kristi Noem, in his official capacity as Acting Secretary of Homeland Security,

        Appellees

## M A N D A T E

In accordance with the judgment of June 27, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                    **FOR THE COURT:**
                                    Clifton B. Cislak, Clerk

                BY:    /s/
                            Daniel J. Reidy
                            Deputy Clerk

Link to the judgment filed June 27, 2025